VERNON E. WOODWARD
CAMMI J. WOODWARD
Woodward Law Firm, PLLC
49 North 15th Street, Suite 1
PO Box 1657
Billings, Montana 59103
vern@woodwardlaw-mt.com
cammi@woodwardlaw-mt.com
Phone: (406) 294-5585
Fax: (406) 294-5586
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR-18-135-BLG-SPW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| SADIE ALLEN HACKETT, and TYSON ALLEN GILMORE, | |
| Defendants. | |

    **NOTICE** is hereby given that Vernon E. Woodward, and Cammi J. Woodward, Woodward Law Firm, PLLC, 49 North 15th, Suite 1, P. O. Box 1657,

1

Billings, MT 59103-1657, hereby appear as counsel for Tyson Allen Gilmore, the defendant herein.

All further pleadings should be served on counsel for defendant.

DATED this 21st day of November, 2018.

           /s/ Vernon E. Woodward
           Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM-ECF |
| | Hand Delivery |
| | Fax |
| 3 | Mail |
| | E-Mail |

1. CLERK, U.S. DISTRICT COURT

2. COLIN RUBICH,
   Assistant United States Attorney
   2601 2nd Ave. North, Suite 3200
   Billings, MT, 59101
       Counsel for the United States

3. TYSON GILMORE,
       Defendant

           /s/ Vernon E. Woodward
           Attorney for Defendant